#02-15259
CASEY

Return funds to the debtor
Check outstanding in excess of 90 days.

Claude C. Lightfoot, Jr.
3500 North Causeway Blvd.
Suite 450
Metairie, LA 70002

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION
32-1/1110 TX
0

CHECK NUMBER
**102**

| DATE | AMOUNT |
|---|---|
| 05/19/05 | *******1,790.37 |

**1311472**
PAY TO THE ORDER OF

U. S. Bankruptcy Court
Eastern District of Louisiana
500 Poydras St., Room B-601
New Orleans, LA 70130

| CASE NUMBER | ESTATE OF |
|---|---|
| 02-15259 "B" | Debtor: Casey, Yorlando Audrey Lee |

One Thousand Seven Hundred Ninety Dollars And 37/100

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000102⑈ ⑉111000012⑊ 3758881620⑈

| Date: 05/19/05 | Check Number: 102 | Amount: 1,790.37 |
|---|---|---|
| Case Number: 02-15259 "B" | | |
| Debtor Name: Casey, Yorlando Audrey Lee | | |
| SSN: 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 | | |

| Paid To: | U. S. Bankruptcy Court<br>Eastern District of Louisiana<br>500 Poydras St., Room B-601<br>New Orleans, LA 70130 | Trustee: | Claude C. Lightfoot, Jr.<br>3500 North Causeway Blvd.<br>Suite 450<br>Metairie, LA 70002 |
|---|---|---|---|

Description: Return funds to the debtor   Check outstanding in excess of 90 days.

Bank Account Number: 3758881620

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Louisiana
New Orleans Division

\# 00215434 - SM
May 23, 2005

| Code | Case # | Qty | Amount |
|---|---|---|---|
| TREASURY | 02-15259 | | 1,790.37 CK |

TOTAL→   1,790.37

FROM: LIGHTFOOT

$1790 32
deposited to
Treasury 6047 BK
on 5/23/05

RELIEF
ORDERED
FEE PD

**Claude C. Lightfoot, Jr.**
Chapter 7 Trustee
(504) 828-7077
(504) 838-8572 Fax

3500 North Causeway Boulevard
Suite 450
Metairie, Louisiana 70002

May 19, 2005

Clerk of Court
U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans, LA 70130

RE: Casey, Yorlando Audrey Lee, USBC No. 02-15259 "B"

Dear Clerk:

Enclosed please find a check payable to the U. S. Bankruptcy Court for $1,790.37 drawn on the account for the above bankruptcy estate which represents the final distribution of funds issued the debtor. Ninety days has elapsed since check number 101 was issued the debtor, and she has failed to negotiate the check. I have made every effort to contact the debtor but have been unsuccessful in my attempts to resolve the matter.

Accordingly, I ask that you please deposit the funds in the registry of the court as per 11 U.S.C. §347(a).

Very truly yours,

*Claude C. Lightfoot, Jr.*

**Claude C. Lightfoot, Jr.**
**Chapter 7 Trustee**

CCL/jpb
enclosure